# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  3:25-mj-341 |
| CESAR DANIEL AREVALO | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 16, 2025 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of firearms |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

By Telephone
*Complainant's signature*

Cameron Connolley, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:18 pm  a.m./p.m.

Date: November 14, 2025

*Judge's signature*

City and state: Portland, Oregon

Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*