Case No.  3:25-mj-341

DISTRICT OF OREGON, ss:        AFFIDAVIT OF CAMERON CONNOLLEY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Cameron Connolley, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Portland, Oregon Field Office and have been so employed since May 2022.  My training includes twenty-seven (27) weeks of Criminal Investigator and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. During this training, I received instruction relating to federal law violations, various investigation strategies, evidence collection, interview techniques, and search and seizure. As a special agent with ATF, part of my duties and responsibilities include conducting criminal investigations for possible violations of federal firearms, explosives, and arson laws. I have participated in investigations involving firearms trafficking, National Firearms Act violations, unlawful firearms possession and illegal narcotic trade which often involve the use or threatened use of firearms. I have participated in investigations where the use of computers, smart phones, digital media, and the internet have been used in furtherance of crimes related to the illegal possession / trafficking of firearms and illegal narcotics.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Cesar Daniel Arevalo, for Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1). As set forth below, there is probable cause to believe, and I do believe, that Cesar Daniel Arevalo, committed the crimes of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1).

**Affidavit of Cameron Connolley**                                                                                          Page 1
                                                                                                                          Rev. April 2018

## Applicable Law

3.   I believe there is probable cause to believe that the following violations have been committed:

- Title 18 U.S.C. § 922(g)(1) provides it shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition that have been shipped or transported in interstate or foreign commerce.

## Statement of Probable Cause

4.   From July of 2025 to November 2025, ATF Undercover Agents (hereinafter "UCAs") have engaged in seven (7) undercover purchase operations involving Cesar Daniel Arevalo (DOB: XX/XX/1989, hereinafter "**AREVALO**") and his associates, including Jose Luis Diaz-Ceballos (DOB: XX/XX/2001, hereinafter "**DIAZ-CEBALLOS**") and Jose Luis Brown-Ceballos (DOB: XX/XX/1990, hereinafter "**BROWN-CEBALLOS**"). Based on state and federal investigations, **AREVALO** is associated with the Sureño street gang operating primarily in Salem and Portland. This gang is known for possessing firearms, utilizing firearms during altercations, firearms trafficking, and narcotics distribution.

5.   During those undercover purchase operations, UCAs were introduced to multiple associates of **AREVALO**, including **DIAZ-CEBALLOS**, and **BROWN-CEBALLOS**. UCAs purchased 15 firearms (four modified to machineguns), 58 machinegun conversion devices, and 57.1 grams of cocaine from **AREVALO** and his associates. During multiple undercover purchases, **AREVALO** stated, in substance, he had gang member associates who utilize firearms during acts of violence, one of whom **AREVALO** referred to as a "shooter". The UCAs then offered an opportunity for **AREVALO** and his associates to provide armed protection to the

**Affidavit of Cameron Connolley**                                                                   Page 2
                                                                                           Rev. April 2018

UCAs during a narcotics transaction involving multiple pounds of methamphetamine which is described below.

6.      I reviewed the criminal conviction history documents for **AREVALO**, during that review, I saw that on December 7, 2011, **AREVALO** was convicted of Conspiracy to Distribute Methamphetamine and was sentenced to 48 months prison as a result

### Undercover Purchase #1 - July 16, 2025

7.      On July 16, 2025, ATF along with the assistance of FBI, set up an undercover purchase for firearms from **AREVALO** in Portland, Oregon. **AREVALO** communicated from his cellphone and proposed to meet UC1 at a location in Portland, Oregon. **AREVALO** texted UC1 he would be arriving in a "green Infinity".

8.      ATF surveillance observed **AREVALO** arrive to the proposed meet location driving a gray in color 2005 Infiniti sedan bearing Oregon license plate 216KCY (hereinafter "**Infiniti**"). Upon arrival, **AREVALO** exited the Infiniti and entered the undercover vehicle (UCV).

9.      Once inside the UCV, UC1 and **AREVALO** engaged in discussion surrounding the firearms transaction and discussed the possibility of future transactions. UC1 explained that he/she resold firearms in Los Angeles, California and that those individuals had specific orders for firearms. **AREVALO** stated, "I can do more, I can do more and shit, like you know, the AR's and shit, I got people that build them, you know what I mean, they are not like name brand, they like P-80's though". Based on my training, knowledge, and experience, I understood **AREVALO**'s statements to mean that **AREVALO** had people that manufactured AR-15 style firearms utilizing the Polymer-80 brand receivers, also known as privately made firearms and/or "ghost guns". UC1 asked if the firearms functioned properly and **AREVALO** responded, "Yeah,

**Affidavit of Cameron Connolley**                                                                                      **Page 3**
Rev. April 2018

they got them down. I know these people can make them full auto, but that's just a whole different ball game". Based on my training, knowledge, and experience, I understand that **AREVALO** referred to his associates making both semi-automatic and fully automatic (machinegun) versions of the AR-15 style firearms. UC1 explained to **AREVALO** that if the price for the firearms was good, he needed to ensure the transport of the firearms to Los Angeles and said that each person involved needed to make a profit from the sale.

10. **AREVALO** told UC1 the firearms were in the Infiniti. **AREVALO** exited the UCV and retrieved a white tent bag from the trunk of the Infiniti and returned to the UCV. UC1 opened the bag and observed three firearms. **AREVALO** stated "There's an AR, an AK, and that little .22…" and provided the price of $3,200 for the firearms. UC1 agreed to the price and purchased the following firearms:

- Romarm/Cugir WASR model 10/63 rifle, .762x39mm, bearing serial number HZ-1853-78 R0 for $1,500

- Anderson Manufacturing, model AM-15 rifle, multi caliber, bearing serial number 16283038 for $1,500

- Ruger Model 10/22 rifle, .22 caliber, bearing serial number 254-31977 for $200



**Affidavit of Cameron Connolley**　　　　　　　　　　　　　　　　　　　　　　　Page 4

(Firearms sold to UC1)

### Interstate Nexus

11.     An ATF agent that specializes in the origin of manufacture of firearms and ammunition, reviewed the aforementioned firearms purchased by UC1 on July 16, 2025, and informed me none of the firearms were manufactured in Oregon and thus have affected interstate commerce.

### Conclusion

12.     Based on the foregoing, I have probable cause to believe, and I do believe, that Cesar Daniel Arevalo committed Felon in Possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Cesar Daniel Arevalo.

13.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicole Bockelman, and AUSA Bockelman advised me that in her opinion, the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

14.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise

seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Cameron Connolley
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:18 pm__ a.m./p.m. on __November 14__, 20__25__.

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge
